UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | Case: 2:17-CV-01100-WBS-GGH |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| D.L.D.L. LLC, a California Limited Liability Company; D.L.D.L. CORP., a California Corporation; and Does 1-10, | |
| Defendants. | |

### **ORDER**

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated: August 24, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE